1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   BABAK YOUSEFZADEH, Cal. Bar No. 235974
3  byousefzadeh@sheppardmullin.com
   KRISTA STEVENSON JOHNSON Cal. Bar No. 185241
4  ksjohnson@sheppardmullin.com
   BRIAN FONG Cal. Bar No. 248308
5  bfong@sheppardmullin.com
   JOHN ELLIS, Cal. Bar No. 269221
6  jellis@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
7  San Francisco, CA 94111-4109
   Telephone: 415.434.9100
8  Facsimile: 415.434.3947

9  Attorneys for Defendant
   G & C AUTO BODY, INC.
10

11 JEFFREY E. BEESON, SBN 200897
   MICHAEL A. TERHORST, SBN 164679
12 Attorneys at Law
   BEESON TERHORST LLP
13 3558 Round Barn Boulevard, Suite 200
   Santa Rosa, CA 95403
14

15 Attorneys for Plaintiff
   JACOB DIDIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DIDIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G & C AUTO BODY, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendant. | Case No. 4:17-CV-04482-HSG<br><br>[Sonoma Superior Court Case No. SCV-260842]<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF HEARINGS ON PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT AND MOTION TO AWARD FEES AND COSTS, INCLUDING ATTORNEYS' FEES**<br><br>Stipulated Continued Hearing Date: October 26, 2017<br>Time: 2:00 p.m.<br>Department: Courtroom 2, 4th Floor<br>Ronald Dellums Fed. Bldg.<br>1301 Clay Street<br>Oakland, CA 94612<br><br><br>[Complaint Filed: June 16, 2017 |

SMRH:484196568.1

Case No. 4:17-CV-04482-HSG
STIPULATION AND ORDER FOR CONTINUANCE OF HEARINGS

1 **TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff Jacob Didier ("Plaintiff") and Defendant G & C Auto Body, Inc. ("Defendant") (collectively, "the Parties") by and through their respective counsel, stipulate as follows:

1. Plaintiff has filed two motions that are currently on the Court's Civil Law and Motion Calendar for October 5, 2017: Plaintiff's Motion to Remand Action to State Court (Dckt. No. 10) and Plaintiff's Motion to Award Fees and Costs, including Attorneys' Fees (Dckt. No. 11) (collectively, "Motions").

2. These Motions have been fully briefed by the Parties.

3. Defendant's counsel has advised Plaintiff's counsel that he is not available to attend the October 5, 2017 argument on the Motions. Plaintiff scheduled the hearing date on the Motions without Defendant's input.

4. Due to a Court of Appeal argument on October 12, 2017 and scheduled depositions on October 19, 2017, the first Thursday that defense counsel is available for a hearing is October 26, 2017.

5. Due to counsel's unavailability, the parties have agreed to Stipulate to a Continuance of the Hearings on the Motions, to October 26, 2017 at 2:00 p.m.. The parties make this Stipulation pursuant to Federal Rules of Civil Procedure, R. 6(b)(1) (the Court may extend the time for any act on good cause) and Northern District of California Local Rules, R. 7-7(b)(1) (the parties may stipulate to a continuance of any hearing after the opposition has been filed).

IT IS SO STIPULATED.

Dated: September 27, 2017

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By    /s/ *Krista Stevenson Johnson*
            NANCY E. PRITIKIN
            KRISTA STEVENSON JOHNSON
            AMANDA E. BECKWITH

            Attorneys for Defendants
            G & C AUTO BODY, INC.

1 | Dated: September 27, 2017
2 | BEESON TERHORST LLP
3 |
4 | By _*/s/ Jeffrey E. Beeson*_
    JEFFREY E. BEESON
5 |   MICHAEL A. TERHORST
    Attorneys for Plaintiff
6 |   JACOB DIEDER

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By _*/s/ Krista Stevenson Johnson*_
Krista Stevenson Johnson

## ORDER

In accordance with the Stipulation of the Parties, the Court hereby Orders that the Hearing Dates on Plaintiff's Motion to Remand Action to State Court (Dckt. No. 10) and Plaintiff's Motion to Award Fees and Costs, including Attorneys' Fees (Dckt. No. 11) are continued to October 26, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: September 27, 2017

_____
Hon. Haywood S Gilliam, Jr.
UNITED STATES DISTRICT JUDGE